**Samuel SHIPKOVITZ, Plaintiff—Appellant,**

and

**Stephen C. Crossan; Anthony Sabo, Plaintiffs,**

v.

**Sharita HUGHES; S. Keith Grierson; Ron Carlee, County of Arlington Manager; Dana Wilson; Richard Freeman; Louise M. Dimatteo, Defendants—Appellees,**

and

**Arlington County, Manager; Robert Speck; Chas. E. Smith Management, Incorporated; Philip Almeida; Black Ice Security Services, Incorporated; John Doe–I, Black Ice employee-alleged guard; Waterford House Unit Owners Association, a/k/a Waterford House Condominium Association, Defendants.**

No. 06–1897.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 24, 2007.

Decided: Oct. 11, 2007.

Samuel Shipkovitz, Appellant Pro Se. Louise Marie DiMatteo, County Attorney's Office, Arlington, Virginia; Michael Joseph Holleran, Yama Anthony Shansab, Walton & Adams, PC, Reston, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Shipkovitz appeals a district court order granting an Appellee's motion to dismiss and a district court order granting summary judgment to the remaining Appellees and closing the case. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. *See Shipkovitz v. Arlington County*, No. 1:05–cv–01219–CMH (E.D. Va. filed May 12, 2006, entered May 17, 2006; filed June 22, 2006, entered June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*